UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULINE EVANS,

                Plaintiff,

    -v-

NEW YORK CITY HEALTH AND HOSPITALS CORP.
and
NEW YORK CITY HEALTH AND HOSPITALS CORP.
LINCOLN,

                Defendants.

21 Civ. 10378 (PAE)

ORDER OF DISMISSAL

---

PAUL A. ENGELMAYER, District Judge:

On December 6, 2021, *pro se* plaintiff filed the complaint in this action. Dkt. 1. On March 6, 2022, service of process on defendants was due. *See* Fed. R. Civ. P. 4(m). On March 23, 2022, the Court issued an order to show cause why, by April 6, 2022, this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Dkt. 3. Plaintiff has not taken this step or otherwise taken any action to make any progress in this case since the Court's order to show cause.

Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–32 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 11, 2022
       New York, New York