UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULINE EVANS,

                                      Plaintiff,

-v-

NEW YORK CITY HEALTH AND HOSPITALS CORP.,
and NEW YORK CITY HEALTH AND HOSPITALS
CORP. LINCOLN,

                                      Defendants.

21 Civ. 10378 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received defendants' opposition to *pro se* plaintiff's motion for default judgment. Dkt. 27. The Court hereby directs *pro se* plaintiff to file a reply in support of her motion by August 31, 2022. Defendants are directed to serve a copy of this order on *pro se* plaintiff forthwith, and to file proof of such service on the docket.

    SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: August 18, 2022
           New York, New York

1