

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**ELISHEVA L. ROSEN**
Phone:(212) 356-3522
Fax:(212) 356-2089
E-mail: erosen@law.nyc.gov

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: 2-2-2023

February 1, 2023

**Via ECF**
Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

Re: Pauline Evans v. New York City Health and Hospitals Corporation, et. al.
Civil Action No.: 21-CV-10378

Dear Judge Figueredo:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants New York City Health and Hospitals Corporation ("H+H") and New York City Health and Hospitals Corporation Lincoln ("Lincoln") (collectively, "Defendants"), in the above-referenced matter. In light of the Honorable Paul Engelmayer's adoption of the Report and Recommendation, ECF Dkt. No. 37, I write to respectfully request that Defendants have until February 27, 2023 to file a response to the Complaint.

I thank the Court for its attention and consideration of this request.

Respectfully submitted,

/s/ Elisheva L. Rosen_____
Elisheva L. Rosen
Assistant Corporation Counsel

<s>
<p><s>Case 1:21-cv-10378-PAE-VF   Document 39   Filed 02/02/23   Page 2 of 2</s>
</s>

cc:   Pauline Evans (by Mail)
      Plaintiff *Pro Se*
      3550 Huguenot Ave
      Bronx, NY 10475

      Honorable Paul Engelmayer (by ECF)
      United States District Judge

<s>2</s>