```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

PAULINE EVANS,

                                Plaintiff,

     -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION et al.,

                             Defendants.

```
-----------------------------------------------------------------X
```

21-CV-10378 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On February 16, 2023, Defendants submitted a motion to dismiss Plaintiff's complaint. See ECF Nos. 40-42. Plaintiff is directed to submit a response to Defendants' motion to dismiss, or otherwise submit a letter updating the Court on the status of the case, by no later than **Wednesday, April 19, 2023**.

        SO ORDERED.

DATED:    New York, New York
               March 28, 2023

                                                           _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023