USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAULINE EVANS,

                    Plaintiff,

    -against-

NEW YORK CITY HEALTH AND HOSPITALS
CORPORATION et al.,

                  Defendants.
-----------------------------------------------------------------X

21-CV-10378 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    On April 19, 2023, Plaintiff submitted a response to Defendants' motion to dismiss. See ECF No. 48. Defendants are directed to submit a reply to Plaintiff's opposition, or otherwise submit a letter updating the Court on the status of the case, by no later than **Friday, April 28, 2023**.

    SO ORDERED.

DATED:    New York, New York
             April 20, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge